Amy M. Samberg (#013874)
Robert A. Bernheim (#024664)
SNELL & WILMER L.L.P.
One South Church Avenue
Suite 1500
Tucson, AZ  85701-1630
Telephone: (520) 882-1200
Facsimile: (520) 884-1294
asamberg@swlaw.com
rbernheim@swlaw.com
Attorneys for Defendant Ford Motor Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LUIS PENA AND JENNIFER PENA, both individually and on behalf of minors K. P. and A. P., <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. CV-08-501-TUC-FRZ <br><br> **NOTICE OF SERVICE OF FORD MOTOR COMPANY'S SIXTH SUPPLEMENTAL DISCLOSURE STATEMENT** |

NOTICE IS HEREBY GIVEN that Defendant Ford Motor Company, by and through undersigned counsel, has this day served its Sixth Supplemental Disclosure Statement upon counsel for the parties via Federal Express and First Class U. S. mail.

DATED this 8th day of September, 2009.

SNELL & WILMER L.L.P.


By   s/ Amy M. Samberg
   Amy M. Samberg (#013874)
   Robert A. Bernheim (#24664)
   One South Church Avenue
   Suite 1500
   Tucson, AZ  85701-1630
   Attorneys for Ford Motor Company

# CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2009, I electronically transmitted the attached document to the Clerk's office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jeffrey Jacobson
THE LAW OFFICE OF JEFFREY H. JACOBSON, PLLC
6367 E. Tanque Verde, Ste. 204
Tucson, Arizona 85715
Attorneys for Plaintiffs

John H. Gomez
THE GOMEZ LAW FIRM
625 Broadway, Suite 1200
San Diego, California  92101
*Pro Hac Vice*

John C. Ramsey
WATTS GUERRA CRAFT LLP
2402 Dunlavy Street, Suite 300
Houston, Texas 77006
*Pro Hac Vice*

s/ Barbara McCartney

9350442.7