Amy M. Samberg (#013874)
Robert A. Bernheim (#024664)
SNELL & WILMER L.L.P.
One South Church Avenue
Suite 1500
Tucson, AZ 85701-1630
Telephone: (520) 882-1200
Facsimile: (520) 884-1294
asamberg@swlaw.com
rbernheim@swlaw.com
Attorneys for Defendant Ford Motor Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LUIS PENA AND JENNIFER PENA, both individually and on behalf of minors K. P. and A. P., <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. CV-08-501-TUC-FRZ <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

    Plaintiffs LUIS PENA AND JENNIFER PENA, both individually and on behalf of minors K. P. and A. P., and Defendant FORD MOTOR COMPANY, by and through undersigned counsel, hereby stipulate that all of Plaintiffs' claims against Defendant Ford Motor Company in the above-captioned matter be dismissed with prejudice, each of the parties to bear their own costs and attorneys' fees incurred herein.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DATED this ___ day of December, 2009.

                      SNELL & WILMER L.L.P.

                      By:_____
                          Amy M. Samberg
                          Robert A. Bernheim
                          One South Church Avenue
                          Suite 1500
                          Tucson, AZ 85701-1630
                          Attorneys for Defendant Ford Motor Company

DATED this 22nd day of December, 2009.

                      THE GOMEZ LAW FIRM

                      By: /s/ John Gomez w/p JCRamsey
                          John H. Gomez
                          625 Broadway, Suite 1200
                          San Diego, California 92101
                          Attorneys for Plaintiffs

DATED this 22nd day of December, 2009.

                      WATTS GUERRA CRAFT LLP

                      By: /s/ JCRamsey
                          John C. Ramsey
                          2402 Dunlavy Street, Suite 300
                          Houston, Texas 77006
                          Attorneys for Plaintiffs

DATED this 22nd day of December, 2009.

                      JACOBSON & LARRABEE, P.L.L.C.

                    By: /s/ Jeff Jacobson w/p JCRamsey
                          Jeffrey H. Jacobson
                          6367 East Tanque Verde Rd., Ste. 204
                          Tucson, Arizona 85715
                          Attorneys for Plaintiffs

DATED this 22nd day of December, 2009.

           SNELL & WILMER L.L.P.


           By: s/ Amy M. Samberg
             Amy M. Samberg
             Robert A. Bernheim
             One South Church Avenue
             Suite 1500
             Tucson, AZ  85701-1630
             Attorneys for Defendant Ford Motor Company

DATED this ___ day of December, 2009.

           THE GOMEZ LAW FIRM


           By:_____
             John H. Gomez
             625 Broadway, Suite 1200
             San Diego, California  92101
             Attorneys for Plaintiffs

DATED this ___ day of December, 2009.

           WATTS GUERRA CRAFT LLP


           By:_____
             John C. Ramsey
             2402 Dunlavy Street, Suite 300
             Houston, Texas 77006
             Attorneys for Plaintiffs

DATED this ___ day of December, 2009.

           JACOBSON & LARRABEE, P.L.L.C.


           By:_____
             Jeffrey H. Jacobson
             6367 East Tanque Verde Rd., Ste. 204
             Tucson, Arizona 85715
             Attorneys for Plaintiffs

I hereby certify that on December 22, 2009, I electronically transmitted the attached document to the Clerk's office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

John H. Gomez (*Pro Hac Vice*)
THE GOMEZ LAW FIRM
625 Broadway, Suite 1200
San Diego, California 92101
john@thegomezfirm.com

John C. Ramsey (*Pro Hac Vice*)
WATTS GUERRA CRAFT LLP
2402 Dunlavy Street, Suite 300
Houston, Texas 77006
jramsey@wgclawfirm.com

Jeffrey H. Jacobson
JACOBSON & LARRABEE, P.L.L.C.
6367 East Tanque Verde Rd., Ste. 204
Tucson, Arizona 85715
jeff@jlazlaw.com

*Attorneys for Plaintiffs*

s/ Barbara McCartney