# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| LUIS PENA AND JENNIFER PENA, both individually and on behalf of minors K. P. and A. P., <br><br> Plaintiffs, <br><br> v. <br><br> FORD MOTOR COMPANY and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. CV-08-501-TUC-FRZ <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that all of Plaintiffs' claims against Defendant Ford Motor Company in the above-captioned matter be DISMISSED with prejudice, with each of the parties to bear their own costs and attorneys' fees incurred herein.

Dated this 22nd day of December, 2009.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge